A. SANFORD ADLER, Respondent, *v.* CHARLES S. FURST, Appellant.

*Adler* v. *Furst*, 163 App. Div. 892, affirmed.
(Argued June 15, 1917; decided July 11, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 2, 1914, affirming a judgment in favor of plaintiff entered upon a verdict. The plaintiff alleged that prior to or on or about June 19, 1906, the plaintiff and defendant had had mutual dealings, and had made mutually disputed claims against one another, and that on or about that day they entered into a written contract of settlement of their disputed claims, by the terms of which the defendant agreed to pay a certain proportion of certain claims of third parties against the plaintiff; that the plaintiff had thereupon paid the claims mentioned and notified the defendant thereof, but that the defendant had refused to pay his proportionate share thereof.

*Joseph M. Proskauer, Wesley S. Sawyer* and *Albert I. Sire* for appellant.

*Henry Wollman, Edward S. Seidman, M. L. Malevinsky* and *W. H. Milholland* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CUDDEBACK, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.